UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Alex Fraga</u>

    v.                                           Case No. 22-cv-555-JL-AJ

<u>FCI Berlin, Warden</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 18, 2024.

_____
Joseph N. Laplante
United States District Judge

Date: February 6, 2024

cc:   Alex Fraga, pro se
      Seth R. Aframe, AUSA